UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMME SHINSHURI,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICES dba Blue Shield of California,<br><br>Defendant. | No.  2:18-cv-03143-TLN-CKD<br><br><br>**ORDER** |

Plaintiff is proceeding in this action without counsel.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On April 3, 2024, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 42.)  The time to file objections has passed, and Plaintiff did not file any objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court ….").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 3, 2024 findings and recommendations (ECF No. 42) are ADOPTED IN FULL;
2. Defendant's motion to dismiss (ECF No. 35) is GRANTED;
3. This action is DISMISSED with prejudice; and
4. The Clerk of Court is directed to close this case.

Date: May 1, 2024

Troy L. Nunley
United States District Judge

2